**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7097

DAVID ATKINS, JR.,

Plaintiff - Appellant,

versus

MEDICAL DEPARTMENT, of Middle River Regional
Jail; DOCTOR QUINN; CATHY RILEY, Head Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:06-cv-00636-GEC)

Submitted:  December 20, 2007       Decided:  December 27, 2007

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Atkins, Jr., Appellant Pro Se.  Rosalie Pemberton Fessier,
TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Atkins, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Atkins v. Med. Dep't of Middle River Reg'l Jail</u>, No. 7:06-cv-00636-GEC (W.D. Va. July 10, 2007). Atkins' motions for appointment of counsel, for trial by jury, and for a new trial and for judgment as a matter of law, and his request to reargue are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>